UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK C. DOUGLAS,<br><br>                              Petitioner,<br><br>v.<br><br>RICK HILL, Warden, et al.,<br><br>                              Respondents. | Case No.: 22-CV-884 JLS (BGS)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF No. 2) |

On June 11, 2022, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and a motion to proceed in forma pauperis supported by a prison certificate and a trust account statement which reflects that he has $0.02 in his trust account at the facility in which he is presently confined. *See* ECF Nos. 1–2.  Petitioner cannot afford the $5.00 filing fee.  Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis.  The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

**IT IS SO ORDERED.**

Dated: July 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge